STATE OF NEW JERSEY v. HUBERT ELLIS.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG ANDREWS.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG ANDREWS.

June 12, 1975. Petition for certification denied.

S. BARILA AND SONS, INC. v. MAYOR AND COUNCIL AND BOARD OF ADJUSTMENT OF BOROUGH OF PALISADES PARK.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD KEYES.

June 12, 1975. Petition for certification denied.

FLORO G. GUERRERO v.
BURLINGTON COUNTY MEMORIAL HOSPITAL.

June 12, 1975. Petition for certification granted.